## Exhibit A to the Amended Complaint

**Location:** White Plains, NY  **IP Address:** 72.69.45.99
**Total Works Infringed:** 20  **ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 289FE7D65DFCFACB416832D12862105A2762841A | Blacked | 11/10/2017 08:36:06 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 2 | 04FD5B9A8A95D8C0810EE1DE07F070A00F411D9A | Blacked | 11/09/2017 07:02:38 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 3 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 11/10/2017 14:18:09 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 4 | 1C0734BEAC6AA2BC8622653DB0BD85331FA04973 | Blacked | 10/13/2017 19:53:18 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 5 | 1D63168E762F9CB41AE4DBD6646599AD0EFF3911 | Blacked | 10/13/2017 23:29:47 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 6 | 2FE5A77075580DAA4C39306919575DCDAA4749C9 | Blacked | 10/13/2017 23:02:29 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 7 | 4621BB4A0025EC53A878119567D5F952DB339CE7 | Blacked | 10/13/2017 19:54:08 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 8 | 52676DB8AF414DEA769B50EB28C052C61D366D93 | Tushy | 11/09/2017 20:31:25 | 04/01/2017 | 06/05/2017 | PA0002050768 |
| 9 | 71E3A2888C2DB58BBCE9353A68D2FF80359E304A | Blacked | 10/13/2017 22:56:43 | 06/29/2017 | 07/06/2017 | 15584063973 |
| 10 | 807F407D94E9D91A368B24C5EEA7DBA5FF438450 | Vixen | 11/09/2017 11:48:26 | 06/28/2017 | 07/06/2017 | 15584691463 |
| 11 | 9E401C6583C7B9748B062B00479A97B14E769848 | Blacked | 11/09/2017 04:20:38 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 12 | A66737A2C0C052A322F7121CB249A59EEBB0E177 | Blacked | 10/13/2017 21:17:09 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 13 | AB2C2652EC78AC4AD337CC03DF87E970DCED6443 | Blacked | 10/14/2017 23:14:52 | 06/04/2017 | 07/06/2017 | 15584691223 |
| 14 | ABDFB02F5D20E29C32ABCE90A8478787DDA3C11D | Tushy | 10/13/2017 21:38:23 | 06/10/2017 | 07/06/2017 | 15583057070 |
| 15 | CB9ABC2B058CADE2FA7C0BD6A20558DC0E46EB0D | Blacked | 11/08/2017 22:48:55 | 06/19/2017 | 07/06/2017 | 15584064069 |
| 16 | D03BF7C43A2F989CD84F9B6037D4941B7C616ED0 | Blacked | 11/08/2017 00:48:04 | 06/14/2017 | 07/06/2017 | 15584064117 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | D31CBC39E31EA20141EB847E24725F06CFC004AB | Blacked | 11/09/2017 00:02:54 | 04/05/2017 | 06/05/2017 | PA0002052859 |
| 18 | EA99D45182AD4D448344FA35AADAD2A21AE72ED8 | Blacked | 11/08/2017 19:50:11 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 19 | EB2486249DE6C26072552A5E7406D85E4BE43952 | Tushy | 10/15/2017 05:54:32 | 06/30/2017 | 07/06/2017 | 15584063421 |
| 20 | EE39528C7065FF52B465D599BA395BF972CD06E6 | Blacked | 10/13/2017 19:57:18 | 04/30/2017 | 06/15/2017 | PA0002037580 |