✎ AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.: 17-cv-09666-CS  DATE FILED: 12/8/2017 | U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>500 PEARL STREET, NEW YORK, N.Y. 10007 |
| PLAINTIFF<br>Strike 3 Holdings, LLC | DEFENDANT<br>Anthony Zardecki |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | See Attached List | See Attached List | See Attached List |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | See Attached List | See Attached List | See Attached List |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order  ☐ Judgment | ☐ Yes  ☑ No | 7/26/2018 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Ruby J. Krajick | s/K.Mango | 7/27/2018 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>ANTHONY ZARDECKI,<br><br>　　　　　　　Defendant. | Civil Action No. 7:17-cv-09666-CS |

PLAINTIFF'S NOTICE OF SETTLEMENT AND
VOLUNTARY DISMISSAL WITH PREJUDICE OF ANTHONY ZARDECKI

**PLEASE TAKE NOTICE,** Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with Anthony Zardecki, ("Defendant"), through Defendant's counsel, Leslie Farber, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice.   Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant Anthony Zardecki has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated:  July 26, 2018　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　By:　　/s/ *Jacqueline M. James*
　　　　　　　　　　　　　　　　　　　　Jacqueline M. James, Esq. (#1845)
　　　　　　　　　　　　　　　　　　　　The James Law Firm, PLLC
　　　　　　　　　　　　　　　　　　　　445 Hamilton Avenue, Suite 1102
　　　　　　　　　　　　　　　　　　　　White Plains, New York 10601
　　　　　　　　　　　　　　　　　　　　T: 914-358-6423
　　　　　　　　　　　　　　　　　　　　F: 914-358-6424
　　　　　　　　　　　　　　　　　　　　E-mail: jjameslaw@optonline.net
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq.

**Exhibit A to the Complaint**

**Location:** White Plains, NY  
**Total Works Infringed:** 20

**IP Address:** 72.69.45.99  
**ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 289FE7D65DFCFACB416832D12862105A2762841A | Blacked | 11/10/2017 08:36:06 | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 2 | 04FD5B9A8A95D8C0810EE1DE07F070A00F411D9A | Blacked | 11/09/2017 07:02:38 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 3 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 11/10/2017 14:18:09 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 4 | 1C0734BEAC6AA2BC8622653DB0BD85331FA04973 | Blacked | 10/13/2017 19:53:18 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 5 | 1D63168E762F9CB41AE4DBD6646599AD0EFF3911 | Blacked | 10/13/2017 23:29:47 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 6 | 2FE5A77075580DAA4C39306919575DCDAA4749C9 | Blacked | 10/13/2017 23:02:29 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 7 | 4621BB4A0025EC53A878119567D5F952DB339CE7 | Blacked | 10/13/2017 19:54:08 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 8 | 52676DB8AF414DEA769B50EB28C052C61D366D93 | Tushy | 11/09/2017 20:31:25 | 04/01/2017 | 06/05/2017 | PA0002050768 |
| 9 | 71E3A2888C2DB58BBCE9353A68D2FF80359E304A | Blacked | 10/13/2017 22:56:43 | 06/29/2017 | 07/06/2017 | 15584063973 |
| 10 | 807F407D94E9D91A368B24C5EEA7DBA5FF438450 | Vixen | 11/09/2017 11:48:26 | 06/28/2017 | 07/06/2017 | 15584691463 |
| 11 | 9E401C6583C7B9748B062B00479A97B14E769848 | Blacked | 11/09/2017 04:20:38 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 12 | A66737A2C0C052A322F7121CB249A59EEBB0E177 | Blacked | 10/13/2017 21:17:09 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 13 | AB2C2652EC78AC4AD337CC03DF87E970DCED6443 | Blacked | 10/14/2017 23:14:52 | 06/04/2017 | 07/06/2017 | 15584691223 |
| 14 | ABDFB02F5D20E29C32ABCE90A8478787DDA3C11D | Tushy | 10/13/2017 21:38:23 | 06/10/2017 | 07/06/2017 | 15583057070 |
| 15 | CB9ABC2B058CADE2FA7C0BD6A20558DC0E46EB0D | Blacked | 11/08/2017 22:48:55 | 06/19/2017 | 07/06/2017 | 15584064069 |
| 16 | D03BF7C43A2F989CD84F9B6037D4941B7C616ED0 | Blacked | 11/08/2017 00:48:04 | 06/14/2017 | 07/06/2017 | 15584064117 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | D31CBC39E31EA20141EB847E24725F06CFC004AB | Blacked | 11/09/2017 00:02:54 | 04/05/2017 | 06/05/2017 | PA0002052859 |
| 18 | EA99D45182AD4D448344FA35AADAD2A21AE72ED8 | Blacked | 11/08/2017 19:50:11 | 08/18/2017 | 08/24/2017 | 15894022488 |
| 19 | EB2486249DE6C26072552A5E7406D85E4BE43952 | Tushy | 10/15/2017 05:54:32 | 06/30/2017 | 07/06/2017 | 15584063421 |
| 20 | EE39528C7065FF52B465D599BA395BF972CD06E6 | Blacked | 10/13/2017 19:57:18 | 04/30/2017 | 06/15/2017 | PA0002037580 |